```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY AVIMAEL SALAZAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. An evidentiary hearing on defendant's motion to suppress, filing 11, will be held before the undersigned on July 13, 2005 in Courtroom #2, United States Courthouse, Lincoln, Nebraska. The defendant has requested three hours for this hearing. Based on the court's schedule, the hearing is currently set for 1:30 p.m. to 3:30 p.m. and if additional time is needed, the hearing will resume at approximately 4:00 p.m. following a previously scheduled plea hearing.

2. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

3. The trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 23rd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge