IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY SALAZAR, )<br>)<br>Defendant. ) | Case No. 4:05CR3066 |

### ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the August 1, 2005, Deadline for Filing Objections to Magistrate Piester's Report and Recommendation, filing 22. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his objections, with supporting brief, to the Report and Recommendation no later than Wednesday, August 3, 2005.

Dated this 1st day of August, 2005.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge