IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY AVIMAEL SALAZAR, | ) | ORDER RESCHEDULING JURY TRIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the jury trial in this case is rescheduled and shall commence at 9:00 a.m. on September 6, 2005, in Courtroom No. 4. U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, with jury selection at commencement.

    DATED this 1st day of August, 2005.

                                        BY THE COURT:

                                        s/ Warren K. Urbom
                                        Senior United States District Judge