IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY AVIMAEL SALAZAR, | ) | ORDER SETTING CHANGE OF PLEA |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

Upon the oral motion of defense counsel, and with the agreement of the government,

IT IS ORDERED that:

1. a change of plea hearing for defendant Henry Avimael Salazar has been set before the undersigned United States District Judge at 12:15 p.m. on November 9, 2005, in Courtroom No. 4, United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court;

2. the ends of justice will be served by setting the defendant's plea beyond the scheduled date of trial, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion.  The time between October 25, 2005, and November 9, 2005, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because counsel need more time to negotiate, but if negotiations are not successful, then counsel need time to prepare for trial taking into account the exercise of due diligence and failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

Dated October 25, 2005.

BY THE COURT

s/  Warren K. Urbom
United States Senior District Judge