IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2007 APR -2 PM 1:31
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 4:05cr3066 |
| Plaintiff, ) | |
| ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs. ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| ) | DESTROYED |
| HENRY AVIMAEL SALAZAR, ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant, HENRY AVIMAEL SALAZAR, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

    Exhibit number(s): 201

    Hearing type(s): Sentencing Hearing

    Date of hearing(s): 2/1/2006

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated _____April 2_____, 2007.

_____
Warren K. Urbom
United States Senior District Judge