IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 APR -2 PM 1:31

OFFICE OF THE CLERK

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 4:05CR3066 | USA v. Henry Avimael Salazar | 2/01/06 |
| 4:05CR3103 | USA v. Richard Davidson | 5/02/06 |

DATED this 2nd day of April, 2007.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge